

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

WILLIAM LEE GRANT II
PLAINTIFF

V

STATE OF ILLINOIS,
OFFICE OF THE SECRETARY
OF DEFENSE,
MISSILE DEFENSE AGENCY,
+ SPECIAL COLLECTION SERVICE

DEFENDANTS

**FEDERAL QUESTION - 28 USC 1331**

WHAT ARE THE RAMIFICATIONS OF THE DoD KEEPING MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS UNDER THREAT OF MILITARY FORCE?

## CIVIL LIBERTIES COMPLAINT

① THE DISTRICT OF ALASKA HAS JURISDICTION PURSUANT TO: 28 USC 1346(b)(1). 28 USC 1391(e)(1)(A).

② THE U.S. DEPARTMENT OF JUSTICE (DOJ) WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020 TO THE ILLINOIS CENTRAL DISTRICT FROM THE SEVENTH CIRCUIT OF ILLINOIS.

⑦ RES JUDICATA IS NOT APPLICABLE, THE DOJ FAILED TO FILE MR. ① ANSWER MR. GRANT'S ALLEG... AND 19-CV-3002.

③ MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

④ THE DOJ DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-CV-3245, 17-CV-3261, AND 19-CV-3001.

⑤ THE ILLINOIS ATTORNEY GENERAL DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-CV-3245 AND 17-CV-3261.

⑥ THE COMMANDER-IN-CHIEF OF THE U.S. ARMED FORCES (RONALD REAGAN) DIRECTED THE SECRETARY OF DEFENSE AND THE JOINT CHIEFS OF STAFF TO CREATE MR. GRANT TO PREDICT FUTURE NUCLEAR STRIKES.

⑦ THE OFFICE OF THE SECRETARY OF DEFENSE CREATED MR. GRANT IN THE BASEMENT OF THE PENTAGON IN 1990 USING FUNDS FROM "STAR WARS" (STRATEGIC DEFENSE INITIATIVE).

⑧ THE OFFICE OF THE SECRETARY OF DEFENSE USED "THE LAWYERS" FROM THE JOINT SPECIAL OPERATIONS COMMAND (JSOC) TO ENGINEER MR. GRANT'S LIFE TO GIVE CAUSE FOR MR. GRANT TO APPEAR IN FEDERAL COURT.

※ EXHIBITS IN SUPPORT OF MR. GRANT'S COMPLAINT ARE DOCKETED IN ILSD CASES 17-CV-1257 AND 19-CV-332.

② ※※ EXHIBITS IN SUPPORT OF MR. GRANT'S ALLEGATIONS ARE DOCKETED IN 16-CV-3245, 17-CV-3261, AND 19-CV-3001.

9. THE OFFICE OF THE SECRETARY OF DEFENSE "DROPPED-OFF" MR. GRANT IN SPRINGFIELD, ILLINOIS IN 1992 WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE BEATEN; ENDURE PSYCHOLOGICAL WARFARE; AND TO BE THE U.S. DEPARTMENT OF DEFENSE'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

10. GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990's TO ILLEGALLY SURVEIL MR. GRANT THROUGH THE ILLINOIS CENTRAL DISTRICT U.S. ATTORNEY BY BRIBING MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT TO GREGORY K. HARRIS.

11. GREGORY K. HARRIS DIRECTED MR. GRANT'S OPTOMETRIST TO GIVE MR. GRANT AN INCORRECT PRESCRIPTION LENSE IN 1996 (MR. GRANT IN 5TH GRADE) TO DIMINISH MR. GRANT'S VISION.

12. BETWEEN 1999 AND 2000, GREGORY K. HARRIS DIRECTED MR. GRANT'S ORTHODONTIST TO DRILL THE ENAMEL OFF MR. GRANT'S TEETH.

13. WHEN MR. GRANT TURNED SEVENTEEN (17), MR. GRANT WAS FORCED TO STAB DR. GRANT, OR THE U.S. DEPARTMENT OF DEFENSE WOULD KILL DR. GRANT.

14. IN 2002, MR. GRANT STABBED DR. GRANT, AND GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S ~~LAWYERS~~ LAWYERS (RUDOLPH M. BRAUD AND MICHAEL J. DRAKE).

15) IN 2009, THE U.S. DEPARTMENT OF DEFENSE (DoD), ILLINOIS STATE POLICE, AND GREGORY K. HARRIS "SET-UP" MR. GRANT FOR DRIVING UNDER THE INFLUENCE (DUI).

16) ILLINOIS STATE POLICE TROOPER TYLER PRICE FAILED TO MIRANDIZE MR. GRANT, AND FAILED TO OBTAIN A WARRANT TO DRAW MR. GRANT'S BLOOD.

17) MR. GRANT WAS PULLED OVER BY ISP TROOPER TYLER PRICE FOR AN ALLEGED IMPROPER LANE CHANGE.

18) THE SANGAMON COUNTY STATE'S ATTORNEY'S OFFICE FILED MULTIPLE DUI CASES AGAINST MR. GRANT STEMMING FROM ONE TRAFFIC STOP IN 2009.

19) ISP TROOPER TYLER PRICE ISSUED MR. GRANT MULTIPLE DUI TICKETS STEMMING FROM ONE TRAFFIC STOP.

20) MR. GRANT WAS SOBER.

21) GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.

22) MR. GRANT WAS FORCED TO "ACT GAY" FOR MORE THAN SEVEN (7) YEARS, OR THE DoD WOULD SEND SOMEONE TO RAPE MR. GRANT.

23) MR. GRANT WAS HIRED BY THE STATE OF ILLINOIS IN 2011 TO GIVE CAUSE FOR THE ILLINOIS ATTORNEY GENERAL TO APPEAR IN COURT.

(4)

24) ~~DEIRDRE~~ DEIRDRE 'D.K.' HIRNER MADE AN AGREEMENT WITH THE U.S. DEPARTMENT OF DEFENSE (DoD) TO HIRE MR. GRANT IN THE FUTURE. ^IN 1992

25) D.K. HIRNER (CHIEF OF STAFF) HIRED MR. GRANT AS A ~~STAFF ASSISTANT~~ POLICY ANALYST IN THE OFFICE OF THE ILLINOIS ~~GOVERNOR IN 2011~~ LIEUTENANT GOVERNOR IN 2011

26) ANN L. SCHNEIDER MADE AN AGREEMENT WITH THE DoD IN 1992 TO HIRE MR. GRANT IN THE FUTURE.

27) ANN L. SCHNEIDER (SECRETARY OF THE IL DEPT OF TRANSPORTATION) HIRED MR. GRANT IN 2012 AS A STAFF ASSISTANT WITH THE IL DEPT OF TRANSPORTATION.

28) MR. GRANT WAS RETALIATED ~~AGAINST~~ AGAINST FOR FILING A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS IN 2012.

29) MR. GRANT ENDURED A HOSTILE WORK ENVIRONMENT, WORK PRODUCTS BEING SABOTAGED, GEOGRAPHIC RELOCATION, BEING ASSIGNED TASKS BELOW MR. GRANT'S PAY GRADE, AND A PROMOTION  BEING RESCINDED.

(5)

30) IN 2014, MR. GRANT TRANSFERRED FROM THE IL DEPT OF TRANSPORTATION TO THE ILLINOIS GOVERNOR'S OFFICE.

31) IN DECEMBER OF 2024, THE ILLINOIS GOVERNOR'S FAILED TO ADD MR. GRANT TO PAYROLL ~~AFTER MR. GRANT~~ AFTER MR. GRANT TRANSFERRED TO THE GOVERNOR'S OFFICE IN NOVEMBER OF 2014.

32) IN 2015, MR. GRANT WAS WRONGFULLY DENIED FEDERAL UNEMPLOYMENT BENEFITS ~~WHEN~~ BY THE IL DEPT OF EMPLOYMENT SECURITY.

33) IN 2015, MR. GRANT FOUND HIMSELF BLACKLISTED.

34) MR. GRANT HAS BEEN UNABLE TO FIND EMPLOYMENT ANYWHERE IN AMERICA.

35) MR. GRANT HAS BEEN HELD IN ILLINOIS UNDER MILITARY AUTHORITY FOR NEARLY THIRTY (30) YEARS TO DECLARE AS FOLLOWS:

36) DONALD RUMSFELD GAVE A STAND DOWN ORDER ON 9/11 WITH THE CONSENT OF BUSH AND CHENEY.

37) DICK CHENEY LOBBIED FOR THE INVASION OF IRAQ TO GENERATE PROFITS FOR HALLIBURTON.

38) DICK CHENEY MADE $100 MILLION FROM HIS HALLIBURTON STOCK DUE TO THE WAR IN IRAQ.

39) BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE RAHM EMANUEL WORKED IN THE CLINTON WHITE HOUSE.

40) BRUCE RAUNER WENT ON TO ASSIST RAHM EMANUEL ~~TO~~ IN MAKING $14 MILLION IN THREE YEARS UPON LEAVING THE CLINTON WHITE HOUSE.

6

41) BRUCE RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS OF DOLLARS THROUGH U.S. DEPARTMENT OF DEFENSE CONTRACTS.

42) RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON.

43) RICHARD M. DALEY, AS COOK COUNTY (ILLINOIS) STATE'S ATTORNEY AND AS CHICAGO'S MAYOR, SANCTIONED THE TORTURING OF AFRICAN-AMERICANS TO PRODUCE FALSE CONFESSIONS.

44) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

45) JAMES R. THOMPSON ASSISTED RICHARD M. DALEY CONCEAL THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON AND BERNARD EPTON.

46) JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION, IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE DEMOCRATIC VOTE TO ~~----~~ ALLOW JAMES R. THOMPSON TO WIN THE ILLINOIS GUBERNATORIAL ELECTION (1976).

47) HILLARY CLINTON KILLED VINCE FOSTER TO PREVENT VINCE FOSTER FROM TESTIFYING AT THE WHITEWATER HEARINGS.

48) HILLARY CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS FROM THE PRIVATE PRISON INDUSTRY.

49) HILLARY CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT THE AMBASSADOR FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.



50) BILL CLINTON FIRED FEDERAL BUREAU OF INVESTIGATION DIRECTOR WILLIAM S. SESSIONS TO CONCEAL THE MURDER OF WHITE HOUSE COUNSEL VINCE FOSTER.

51) BILL CLINTON IS A SERIAL RAPIST.

52) ANITA ALVAREZ, COOK COUNTY (ILLINOIS) STATE'S ATTORNEY, ENTERED INTO A CONSPIRACY TO ALLOW CHICAGO COPS TO SHOOT BLACK PEOPLE FOR SPORT WITHOUT FEAR OF CRIMINAL PROSECUTION.

53) PHILIP MOUNTBATTEN ORDERED THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5.

54) COURTNEY LOVE KILLED KURT COBAIN. MARION HUGH "SUGE" KNIGHT JR. KILLED CHRISTOPHER "BIGGIE SMALLS" WALLACE.

55) MARION HUGH "SUGE" KNIGHT JR. BRIBED THE LOS ANGELES POLICE DEPARTMENT TO CONCEAL HIS ROLE IN THE MURDER OF CHRISTOPHER "BIGGIE SMALLS" WALLACE.

56) CHRIS CHRISTIE WAS COMPLICIT IN THE FORT LEE LANE CLOSURE (BRIDGEGATE).

57) THE CIA KILLED JOHN F. KENNEDY

[ PRESCOTT BUSH ]
↓
[ ALLEN DULLES ]
↓
[ LYNDON B. JOHNSON ]

E. HOWARD HUNT'S 2003 CONFESSION WAS VALID. HUNT'S BODY WAS FAILING, BUT HIS MIND WAS SOUND.

8

(58) THE CIA TRIANGULATED AGAINST THE DOD TO USE THE DOD TO ACCOMPLISH THE CIA'S MANDATE TO ACCOMPLISH THE CIA'S MANDATE TO CONTAIN COMMUNISM IN SOUTHEAST ASIA.

(59) O. J. SIMPSON KILLED NICOLE BROWN SIMPSON AND RON GOLDMAN.

(60) HENRY KISSINGER IS A WAR CRIMINAL FOR HIS ROLE IN CRAFTING AMERICAN POLICY ~~IN VI~~ DURING THE VIETNAM WAR, INCLUDING THE BOMBING OF CAMBODIA.

(61) HENRY KISSINGER IS A WAR CRIMINAL FOR HIS CRAFTING AMERICAN POLICY IN ARGENTINA (JORGE VIDELA) AND CHILE (AUGUSTO PINOCHET).

(62) THE ILND, IL SD, ILCD, CDCA, WDTX, NDTX, ED TX, NDGA, NDWV, WDVA, MARYLAND, NEBRASKA, NORTHERN MARIANA ISLANDS, EDNY, MDFL, EDNC, G.F.C., AND FED. CIR. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii);
OR
28 USC 1915(e)(2)(B)(iii).

(63) EIGHTEEN (18) DISTRICT COURTS HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

~~THE COMMANDER-IN-CHIEF OF THE UNITED STATES ARMED FORCES HAS COMMAND AUTHORITY OF THE U.S. DEPARTMENT OF DEFENSE.~~

(64) THE OFFICE OF THE SECRETARY OF DEFENSE HAS CONTROL OF THE U.S. MILITARY IN THE U.S. TO KEEP MR. GRANT IN ILLINOIS UNDER MILITARY FORCE FOR NEARLY (9) THIRTY (30) YEARS.

65. The Commander-in-Chief of the U.S. Armed Forces has command authority of the Strategic Defense Initiative (Missile Defense Agency), Joint Special Operations Command (JSOC), National Security Agency (NSA), and the Special Collection Service.

66. The Office of the Secretary of Defense has command authority of the U.S. Department of Defense.

67. Gregory K. Harris recruited (then ILCD U.S. Attorney) Rodger Heaton to illegally surveil Mr. Grant, and to conspire against him.

68. Gregory K. Harris and Rodger A. Heaton recruited Niveesha Hill to illegally surveil Mr. Grant, and to conspire against him.

69. In 2003, Alan D. Brents and Larissa M. Young sexually assaulted Mr. Grant at the direction of Gregory K. Harris.

70. In 2014, Thomas W. Coats and Justin Cajindos sexually assaulted Mr. Grant at the direction of Gregory K. Harris.

71. The Special Collection Service is a joint CIA and NSA program.

72. The CIA is liable for the actions of the Special Collection Service.

91. The NSA is liable for the actions of the Special Collection Service.

10

(73) OPERATION: HOMETOWN GLORY IS A SPECIAL COLLECTION SERVICE (U.S. DEPARTMENT OF DEFENSE) DOMESTIC HUMAN INTELLIGENCE OPERATION RUN UNDER THE BANNER OF THE U.S. DEPARTMENT OF JUSTICE.

(74) THE CIA IS LIABLE FOR THE ACTIONS OF THE SPECIAL COLLECTION SERVICE.

(75) THE U.S. DEPARTMENT OF DEFENSE REMEMBERS 'NAM.

(76) MR. GRANT SEEKS $99 TRILLION IN DAMAGES.

(77) ~~THE NATIONAL SECURITY AGENCY IS LOCATED IN COLORADO SPRINGS,~~ ~~[illegible redacted text]~~ ~~MILITARY PROGRAM RESEARCH FACILITY IN OAK RIDGE, TENNESSEE.~~ ~~VENUE IS PROPER PURSUANT TO: 28 USC 1391(b)(1).~~

(78) SHAWN CARTER IS THE BEST BIG BROTHER A KID COULD ASK FOR.

(79) STEVE JOBS HAS A LARGE PENIS. STEVE JOBS HAS AN ASHTON KUTCHER SIZE PENIS.

(80) THOMAS W. COATS HAS A SMALL PENIS. TOM HOPPER HAS A LARGE PENIS.

(81) FREDDIE STROMA IS THE SAME SIZE AS TOM HOPPER.

(82) TONY BLAIR SAID, "ENGLAND'S NOT DOWN. IT'S IN. ENGLAND IS NEVER DOWN."

(83) MR. GRANT'S WITNESSES

MICHAEL J. MADIGAN
JESSE WHITE
EMIL JONES
PATRICIA DAWSON
BARACK H. OBAMA

♡ MAURA TIERNEY ♡

(97) ILSD JUDGES: MICHAEL J. REAGAN (17-CV-1257); NANCY J. ROSENSTENGEL (18-CV-806); AND STACI M. YANDLE (19-CV-332) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE:

(11) 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

84) THE ILLINOIS CENTRAL DISTRICT HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

85) DISTRICT OF COLUMBIA JUDGES: TANYA S. CHUTKAN (17-CV-1434); CHRISTOPHER R. COOPER (18-CV-1804); RUDOLPH CONTRERAS (18-CV-1805 & 18-CV-1806) AND JAMES E. BOASBERG (18-CV-1162) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

86) EASTERN DISTRICT OF VIRGINIA JUDGES: LEONIE M. BRINKEMA (18-CV-449); ROBERT E. PAYNE (18-CV-369); LIAM O'GRADY (18-CV-1328); AND ANTHONY J. TRENGA (18-CV-543) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

87) DISTRICT OF MARYLAND JUDGES: GEORGE L. RUSSELL III (18-CV-1327) AND PAULA XINIS (18-CV-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

88) THE CIA ORCHESTRATED THE ARAB SPRING.

89) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

90) CDCA JUDGE R. GARY KLAUSNER DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

*William Lee Grant* 8/23/2019

William Lee Grant II
901 Wythe Road
Springfield, IL 62702
(217) 726-5269

12)

91) THE NSA IS LOCATED IN ANCHORAGE, ALASKA.

92) THE FUNDS TO CREATE MR. GRANT CAME FROM THE STRATEGIC DEFENSE INITIATIVE (MISSILE DEFENSE AGENCY).

93) THE MISSILE DEFENSE AGENCY IS LOCATED IN FORT GREELY, ALASKA.

94) EXHIBITS IN SUPPORT OF MR. GRANT'S ALLEGATIONS ARE INCLUDED IN 16-CV-3245, 17-CV-3261, AND 19-CV-3001.

*William Lee Grant II* 9/6/2019
William Lee Grant II
901 Wythe Road
Springfield, IL 62702
(217) 726-5269

13